**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **RICHARD A. CLARK** | * | **CIVIL ACTION NO. 2:10-cv-04253** |
| | * | |
| | * | **SECTION "_____", MAGISTRATE _____** |
| **VERSUS** | * | |
| | * | **JUDGE _____________________________** |
| | * | |
| **MURPHY OIL USA, INC.** | * | **MAGISTRATE _______________________** |
| | * | |
| * * * * * * * * * * * * | * | |

**NOTICE OF REMOVAL**

Petitioner, Murphy Oil USA, Inc., defendant in the above cause, appearing through undersigned counsel with full reservation of rights, including all defenses permitted by Rule 12 of the Federal Rules of Civil Procedure and all other jurisdictional, procedural and venue defenses as well as defenses to the merits of this action, respectfully avers as follows:

I.

This action is removable pursuant to 28 U.S.C. §1441. Further, the United States District Court for the Eastern District of Louisiana has original jurisdiction of this action pursuant to 28 U.S.C. §§ 1331 and 1332.

II.

Richard A. Clark is a resident of the State of Mississippi.

III.

Defendant, Murphy Oil USA, Inc., is a foreign corporation in that it was incorporated in the State of Delaware and it has its principal place of business in the State of Arkansas.

IV.

The plaintiff contends that he suffered "permanent and disabling injuries to his low back, body and mind. Additionally, petitioner has suffered pain and suffering, past, present and future, mental anguish, past, present and future, loss of enjoyment of life, wage loss, past, present and future, and medical expenses, past and future." (See Paragraph VI of the Petition). Thus, based upon the allegations in the plaintiff's Petition, Mr. Clark has stated a claim in excess of $75,000, exclusive of interest and costs.

V.

This Court has original jurisdiction of this action pursuant to 28 U.S.C. §1332, because there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

VI.

At all times pertinent, the MEDUSA was a fixed structure on the Outer Continental Shelf off the coast of Louisiana (Mississippi Canyon 572). Accordingly, the plaintiff's claim against Murphy is governed by the Outer Continental Shelf Lands Act ("OCSLA"), 43 U.S.C. § 1331, et. seq.

VII.

This court has original jurisdiction pursuant to 28 U.S.C. § 1331 in that this is a case arising under the laws of the United States (OCSLA). See *Hufnagel v. Omega Service Industries, Inc.*, 182 F.3d 340 (5th Cir. 1999); *Tennessee Gas Pipeline v. Houston Casualty Insurance Company*, 87 F.3d 150 (5 Cir.), *rehearing en banc denied*, 95 F.3d 115 (5 Cir. 1996).

VIII.

The Civil District Court for the Parish of Orleans is within the jurisdiction of this Court.

IX.

Murphy was served with the Citation and Petition on or about October 28, 2010. Accordingly, this action is being removed within thirty (30) days as required by 28 U.S.C. §1446.

**WHEREFORE**, defendant, Murphy Oil USA, Inc., prays that this Notice of Removal be deemed good and sufficient and that the aforesaid action be removed from the Civil District Court for the Parish of Orleans to the United States District Court for the Eastern District of Louisiana for further proceedings.

Respectfully submitted,

**FRILOT L.L.C.**

***/s/ James R. Silverstein***
**JAMES R. SILVERSTEIN (#12074), T.A.**
1100 Poydras Street, Suite 3700
New Orleans, LA 70163
Telephone: (504) 599-8013
Facsimile: (504) 599-8113
Email: jsilverstein@frilot.com
**Counsel for Defendant,**
**Murphy Oil USA, Inc.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of this pleading has been forwarded via United States Mail, first class postage prepaid and properly addressed, the **November 5, 2010**, to:

Laurence E. Best, Esq.
Peter S. Koeppel, Esq.
**Best Koeppel Traylor**
2030 St. Charles Avenue
New Orleans, LA 70130

***/s/ James R. Silverstein***
**JAMES R. SILVERSTEIN**