CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 10 - 10502 DIVISION "N-8

RICHARD A. CLARK

VERSUS

MURPHY OIL USA, INC.

2010 OCT 14 A 10:21
FILED
CIVIL DISTRICT COURT

FILED:_____________________ _____________________
DEPUTY CLERK

**PETITION FOR DAMAGES**
**REQUEST FOR TRIAL BY JURY**

**NOW INTO COURT**, through undersigned counsel, comes **RICHARD A. CLARK**, an individual of the full age of majority and resident of Laurel, Mississippi, who respectfully shows that Defendant, **MURPHY OIL USA, INC.**, is liable to him for the following, to-wit:

I.

Made defendant herein is:

**MURPHY OIL USA, INC.**, a foreign company authorized to do and doing business in this Parish and State.

II.

Jurisdiction and venue are proper in this matter based upon the laws of the State of Louisiana.

III.

On or about October 20, 2009, petitioner was employed by Wood Group working on the Murphy Oil USA, Inc. MEDUSA, a floating spar located in navigable waters of the Gulf of Mexico off the coast of the State of Louisiana.

IV.

On or about October 20, 2009, petitioner injured his low back when a Murphy crane operator who was conducting a lifting operation in rough seas, without enough crew members, swung a load into the plaintiff without necessity or warning.

V.

The above described acts and omissions of October 20, 2009, were caused solely through the negligence and fault of the defendant, Murphy Oil USA, Inc., which negligence is more particularly described as follows:

1. Defendant, through its representatives, had specific prior knowledge of the hazardous conditions given the crane operator's difficulty with prior lifts that day.
2. Failure to warn personnel, including petitioner, of the hazardous condition.
3. Failure to provide a safe place to work.
4. Negligent crane operation in violation of applicable API standards and practices.

5. Any and all other acts of negligence, which may be proven at the time of trial.

VI.

That your petitioner, Richard A. Clark, as a result of the aforementioned accident, suffered permanent and disabling injuries to his low back, body and mind. Additionally, petitioner has suffered pain and suffering, past, present, and future, mental anguish, past, present, and future, loss of enjoyment of life, wage loss, past, present, and future, and medical expenses, past and future.

VII.

Plaintiff is entitled to and requests trial by jury on all issues.

**WHEREFORE**, your petitioner prays that defendant, Murphy Oil USA, Inc., be duly cited and served with a copy of the Petition and that after due proceedings had, there be judgment in favor of petitioner, Richard A. Clark, in a true and full sum which are reasonable under the circumstances, together with legal interest from the date of judicial demand, and for all costs of these proceedings. Petitioner further requests trial by jury on all issues.

Respectfully Submitted:

LAURENCE E. BEST - #3012
PETER S. KOEPPEL - #1465
2030 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 598-1000

PLEASE SERVE:

**MURPHY OIL USA, INC.**
Through their agent for service of process,
CT Corporation System
5615 Corporate Boulevard, Suite 400B
Baton Rouge, Louisiana 70808

A TRUE COPY
DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 10-10502 DIVISION "N"-8

RICHARD A. CLARK

VERSUS

MURPHY OIL USA, INC.

FILED:______________________ ______________________ DEPUTY CLERK

**JURY TRIAL BOND ORDER**

~~Let there be trial by jury upon applicant for jury trial posting bond in the amount of ten dollars ($10.00) within thirty (30) days of the signing of this order and upon applicant depositing in the Registry of Court the sum of one hundred ninety two dollars ($192.00) for each day of trial and an additional sixteen dollars ($16.00) for each day of trial for any alternate juror, the said deposit to be made on or before the date of trial, prior to the commencement of the trial.~~

New Orleans, Louisiana, this 18 day of October, 2010.

[signature]
JUDGE

Court will provide Jury order at time of trial setting

Attorney Pending

10-22-10

OCT 20 2010
ENTERED ON MINUTES

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 10-10503 DIVISION N-8

RICHARD A. CLARK

VERSUS

MURPHY OIL USA, INC.

FILED:______________________ ______________________
DEPUTY CLERK

**REQUEST FOR WRITTEN NOTICE**

**NOW INTO COURT** through undersigned counsel comes Plaintiff, Richard A. Clark, who pursuant to the applicable provisions of the Louisiana Code of Civil Procedure, including, but not limited to Louisiana Code of Civil Procedure Articles 1913 and 1914, requests that the Clerk give the undersigned counsel ten (10) days notice of the signing of any order or judgment herein.

It is further requested that the Clerk give written notice of the trial date, or the date set for hearing, or the date of any motions or pleadings, at least ten (10) days before said trial or hearing date, pursuant to the provisions of Louisiana Code of Civil Procedure Article 1572.

Respectfully Submitted:

LAURENCE E. BEST - #3012
PETER S. KOEPPEL - #1465
2030 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 598-1000
Counsel for Plaintiff,
Richard A. Clark

A TRUE COPY

DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

ATTORNEY'S NAME: Best, Laurence 03012
AND ADDRESS: 2030 St Charles Ave,
New Orleans LA 70130-9361

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO: 2010 -- 10502 1 SECTION: 8 -- N

CLARK, RICHARD A. VERSUS MURPHY OIL USA, INC.

# CITATION

TO: MURPHY OIL USA, INC.
THROUGH: THEIR AGENT FOR SERVICE OF PROCESS
CT CORPORATION SYSTEM
5615 CORPORATE BLVD., SUITE 400B
BATON ROUGE LA

YOU HAVE BEEN SUED:

You must either comply with the demand contained in the petition
FOR DAMAGES
a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default

ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 561- 8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp.; you may call 529 - 1000 for more information.

COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA October 22, 2010.

Clerk's Office, Room 402, Civil Courts Building,
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by ____________
Deputy Clerk

SHERIFF'S RETURN
(for use of process servers only)

PERSONAL SERVICE

On this _______ day of ____________________
____________ served a copy of the w/i petition
FOR DAMAGES

On
MURPHY OIL USA, INC.

THROUGH: THEIR AGENT FOR SERVICE OF PROCESS

____________________
Returned same day
No. ____________________
Deputy Sheriff of ____________________
Mileage: $____________________

____________/ ENTERED /____________
PAPER RETURN

__________/__________/__________
SERIAL NO. DEPUTY PARISH

DOMICILIARY SERVICE

On this _______ day of ____________________
____________ served a copy of the w/i petition
FOR DAMAGES

On
MURPHY OIL USA, INC.

THROUGH: THEIR AGENT FOR SERVICE OF PROCESS

by leaving same at the dwelling house, or usual place of abode, in the hands of ____________________
a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM / HER the said ____________
MURPHY OIL USA, INC.

being absent from the domicile at time of said service.
Returned same day
No. ____________________
Deputy Sheriff of ____________________

CT Corporation

**Service of Process Transmittal**
10/28/2010
CT Log Number 517516438

**TO:** Walter Compton
Murphy Oil Corporation
200 Peach St.
El Dorado, AR 71730-

**RE:** **Process Served in Louisiana**

**FOR:** MURPHY OIL USA, INC. (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Richard A. Clark, Petitioner vs. Murphy Oil USA, Inc., Dft. |
| **DOCUMENT(S) SERVED:** | Citation, Petition, Request |
| **COURT/AGENCY:** | Orleans Civil District Court, Parish of Orleans, LA<br>Case # 10-10502 |
| **NATURE OF ACTION:** | Personal Injury - On 10/20/2009 while working on the MEDUSA |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 10/28/2010 at 10:00 |
| **APPEARANCE OR ANSWER DUE:** | Within 15 days after service |
| **ATTORNEY(S) / SENDER(S):** | Laurence E. Best<br>2010 St. Charles Avenue<br>New Orleans, LA 70130<br>504-598-1000 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 10/28/2010, Expected Purge Date: 11/02/2010<br>Image SOP<br>Email Notification, Walter Compton WALTER_COMPTON@MURPHYOILCORP.COM<br>Email Notification, Robin New Robin_New@murphyoilcorp.com<br>Email Notification, Tricia Hammons tricia_hammons@murphyoilcorp.com |
| **SIGNED:** | C T Corporation System |
| **PER:** | Lisa Uttech |
| **ADDRESS:** | 5615 Corporate Blvd<br>Suite 400B<br>Baton Rouge, LA 70808 |
| **TELEPHONE:** | 225-922-4490 |



Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.